STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Deputy Chief, Civil Fraud Section
LYNN HEALEY SCADUTO
Assistant United States Attorney
California State Bar No. 205291
   Room 7516, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California 90012
   Tel: (213) 894-7395
   Fax: (213) 894-5139
   Email: lynn.scaduto@usdoj.gov
Attorneys for the
United States of America

*Lodged proposed order*



FILED
CLERK U.S DISTRICT COURT
JUN 1 0 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>　　　　Plaintiff[s],<br><br>　　　v.<br><br>**[UNDER SEAL]**,<br><br>　　　　Defendant[s]. | No. CV 14-3613 DDP (VBKx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

```
STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Deputy Chief, Civil Fraud Section
LYNN HEALEY SCADUTO
Assistant United States Attorney
California State Bar No. 205291
     Room 7516, Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-7395
     Fax: (213) 894-5139
     Email: lynn.scaduto@usdoj.gov
Attorneys for the
United States of America
```

FILED
CLERK U.S DISTRICT COURT
JUN 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 14-3613 DDP (VBKx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA A. KONTOS
Deputy Chief, Civil Fraud Section
LYNN HEALEY SCADUTO
Assistant United States Attorney
California State Bar No. 205291
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7395
    Fax: (213) 894-5139
    Email: lynn.scaduto@usdoj.gov
Attorneys for the
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Alex Timple,<br><br>    Plaintiffs,<br><br>v.<br><br>EXCEL CARE HOME HEALTH SERVICES, INC., INSIGHT HEALTH CARE PROVIDERS, INC., LEMAR HOME HEALTH SERVICES, INC., RIGHTCARE HOME HEALTH SERVICES, INC., SERENITY HEALTH CARE, INC., UNIK HOME HEALTH CARE SERVICES, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. CV 14-3613 DDP (VBKx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers filed or lodged in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: June 10, 2015          Respectfully submitted,

                                      STEPHANIE YONEKURA
                                      Acting United States Attorney
                                      LEON W. WEIDMAN
                                      Assistant United States Attorney
                                      Chief, Civil Division
                                      DAVID K. BARRETT
                                      Assistant United States Attorney
                                      Chief, Civil Fraud Section
                                      LINDA A. KONTOS
                                      Assistant United States Attorney
                                      Deputy Chief, Civil Fraud Section

                                      */s/ Lynn Healey Scaduto*
                                      LYNN HEALEY SCADUTO
                                      Assistant United States Attorney

                                      Attorneys for the United States of America