Eric Olson, SBN 37630
eoesq@boldlaw.com
Arbella Azizian, SBN 294696
azizian@gmail.com
BAKER, OLSON, LeCROY & DANIELIAN
100 West Broadway, Suite 600
Glendale, California 91210
Telephone:   (818) 502-5600
Facsimile:    (818) 241-2653

Attorneys for Serenity Health Care, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA Ex rel. ALEX TIMPLE,<br><br>                    Plaintiffs,<br><br>v.<br><br>EXCEL CARE HOME HEALTH SERVICES, INC., a California Corporation, INSIGHT HEALTH CARE PROVIDERS, INC., a California Corporation, LEMAR HOME HEALTH SERVICES, INC., a California Corporation, RIGHTCARE HOME HEALTH SERVICES, INC., a California Corporation, SERENITY HEALTH CARE, INC., a California Corporation, UNIK HOME HEALTH CARE SERVICES, INC., a California Corporation, and DOES 1 through 20, inclusive,<br>                    Defendants. | Case No.  2:14-cv-03613-DDP-VBK<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br><br>Date: February 27, 2017<br>Time: 10:00 a.m.<br>Judge: Honorable Dean D. Pregerson |

# NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on February 27, 2017, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Judge Dean D. Pregerson, United States District Judge, Courtroom 9C, of the United States District Court for the Central District of California, Los Angeles, 350 West 1st Street, Los Angeles, CA. 90012, Arbella Azizian and Eric Olson, of Baker, Olson, LeCroy and Danielian, 100 West Broadway, Suite 600, Glendale, CA 91210 shall and hereby do respectfully seek leave of this Court, pursuant to LOCAL R. 83-2.3 and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Defendant, Serenity Health Care, Inc.

# MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to LOCAL R. 83-2.3, Arbella Azizian and Eric Olson ("Movants") hereby notify the parties and the Court of their intent to withdraw as counsel for Defendant. Movant states the following grounds for this notice and motion:

1. Defendant's conduct renders it unreasonably difficult for Movants to carry out their representation effectively. The lack of communication has resulted in a breakdown of the attorney-client relationship.

2.     Movants believe in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal. The specific facts which give rise to this motion are confidential and required to be kept confidential pursuant to Business and Professions Code §6068(e), rule 3-100(A), California Rules of Professional Conduct, and by the attorney-client privilege (Evid. C., §§950 et seq.).

In the event that this court desires further information to ascertain the good faith basis for this motion and for withdrawal, it is respectfully requested that the court have an in camera hearing outside of the presence of all other parties so that the specific facts demonstrating good cause for this withdrawal may be demonstrated to the court.

3.     Movants' withdrawal may cause delays in the proceedings which have been brought to Plaintiff's attention. However, given the lack of communication between Movants and Defendant, continued representation would result in greater delays to proceeding than would substitution.

4.     Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

THEREFORE, Movants Arbella Azizian and Eric Olson respectfully request that this Court waive oral argument on this Motion, grant them leave to withdraw as

counsel in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: January 23, 2017                Baker, Olson, LeCroy & Danielian

By_____
   Arbella Azizian
   Attorneys for Serenity Health Care, Inc.

PROOF OF SERVICE BY MAIL
(State and Federal)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within entitled action; my business address is c/o Baker, Olson, LeCroy & Danielian 100 W. Broadway #600, Glendale, CA 91210.

On January 23, 2017, I served the foregoing "**Notice and Motion to be Relieved as Counsel; Proposed Order**" on the interested parties in this action

_X_ MAIL placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States mail at Glendale, California, severally addressed as follows:
___ PERSONAL DELIVERY by causing a true copy thereof in a sealed envelope to be personally delivered, severally addressed as follows:
____FAX by transmitting a true copy in accordance with CCP " 1005 and 1013 by facsimile severally to the fax numbers shown below; our fax machine provided a report indicating that such transmission was received.
____ OVERNIGHT DELIVERY by Express Mail or other method of delivery providing for overnight delivery in accordance with CCP " 1005 and 1013 by placing a true copy thereof in a sealed envelope with delivery charges prepaid or provided for in a box maintained for that purpose at Glendale, California, severally addressed as follows:
_X_EMAIL as shown

      Helen Martin
      Serenity Health Care, Inc.
      1139 So. Grand Ave.
      Glendora, CA 91740
      hmartin.shc@gmail.com

I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this is executed on January 23, 2017, at Glendale, California.

_____
Arbella Azizian