BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (Bar No. 173993)
EVELINA GENTRY (Bar No. 296796)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile: 213.613.0550
kwhite@brownwhitelaw.com
egentry@brownwhitelaw.com

Attorneys for Relator
Alex Timple

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX TIMPLE, <br><br> STATE OF CALIFORNIA *ex rel.* ALEX TIMPLE, <br><br> Plaintiffs, <br><br> v. <br><br> EXCEL CARE HOME HEALTH SERVICES, INC., a California corporation, INSIGHT HEALTH CARE PROVIDERS, INC., a California corporation, LEMAR HOME HEALTH SERVICES, INC., a California corporation, RIGHTCARE HOME HEALTH SERVICES, INC., a California corporation, SERENITY HEALTH CARE, INC., a California corporation, UNIK HOME HEALTH CARE SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive, <br><br> Defendants. | No.: 2:14-cv-03613-DDP (PLAx) <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Final Pretrial Conference: Feb. 5, 2018 <br> Trial Date: Feb. 19, 2018 <br><br> Complaint Filed: May 9, 2014 <br> Complaint Unsealed: July 9, 2015 |

1  In accordance with Local Rule 16-15.7, Relator Alex Timple ("Relator") hereby submits this Notice of Settlement to notify the Court that Relator and the two remaining defendants, Excel Care Home Health Care Services, Inc. ("Excel") and Righcare Home Health Services, Inc. ("Rightcare") have reached a settlement after a settlement conference before the Magistrate Judge. The parties are now reviewing a draft settlement agreement. Relator respectfully requests that the Court take current dates off calendar and allow Relator 30 days in which to file the anticipated dismissal of remaining defendants Excel and Rightcare.

DATED: February 1, 2018

Respectfully submitted,

BROWN WHITE & OSBORN LLP

By  */s/ Evelina Gentry*
EVELINA GENTRY
Attorneys for Plaintiff/Relator
ALEX TIMPLE

4821-1468-5507, v. 1