BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (Bar No. 173993)
EVELINA GENTRY (Bar No. 296796)
333 South Hope Street, 40th Floor
Los Angeles, California 90071-1406
Telephone: 213.613.0500
Facsimile:  213.613.0550
kwhite@brownwhitelaw.com
egentry@brownwhitelaw.com

Attorneys for Relator
Alex Timple

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALEX TIMPLE, STATE OF CALIFORNIA *ex rel.* ALEX TIMPLE, Plaintiffs, v. EXCEL CARE HOME HEALTH SERVICES, INC., a California corporation, INSIGHT HEALTH CARE PROVIDERS, INC., a California corporation, LEMAR HOME HEALTH SERVICES, INC., a California corporation, RIGHTCARE HOME HEALTH SERVICES, INC., a California corporation, SERENITY HEALTH CARE, INC., a California corporation, UNIK HOME HEALTH CARE SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive, Defendants. | No.: 2:14-cv-03613-DDP (PLAx)<br><br>**STATUS REPORT**<br><br>Final Pretrial Conference: N/A<br>Trial Date: N/A<br><br>Complaint Filed: May 9, 2014<br>Complaint Unsealed: July 9, 2015 |

1. Relator Alex Timple ("Relator") hereby submits this Status Report to notify the Court of the status of the settlement between the Relator and the two remaining defendants, Excel Care Home Health Care Services, Inc. ("Excel") and Rightcare Home Health Services, Inc. ("Rightcare").

On or about October 10, 2017, Relator and Excel have reached a settlement after a settlement conference before the Magistrate Judge. (ECF No. 125.) Following obtaining a settlement approval from the Unites States Department of Justice, on or about February 22, 2018, Relator and Excel entered into a Settlement Agreement ("Agreement"). Pursuant to the terms of the Agreement, Excel was supposed to make two payments to the United States Attorney for Central District of California, as follows: (1) $35,000 no later than 30 days after the effective date of the Agreement, i.e. on or before March 26, 2018; (2) 25,000 no later than 60 days after the effective date of the Agreement, i.e. on or before April 23, 2018. Excel is also supposed to make a payment to Relator's counsel towards Relator's attorneys' fees and cost for $25,000 no later than 90 days after the effective date of the Agreement, i.e. on or before May 23, 2018. As of the day of this Status Report, Excel has not made any of the agreed payments. Counsel for Relator is in communication with counsel for Excel regarding the outstanding payments. In the event the payments are not made the by end of May of 2018, counsel for Relator will seek judicial intervention.

With respect to Rightcare, Relator and Rightcare reached an agreement to dismiss Rightcare from this action. However, as of the day of this Status Report, counsel for Relator has not received a copy of the signed Settlement Agreement from counsel for Rightcare. In the event counsel for Relator does not receive the signed Settlement Agreement by end of May of 2018, counsel for Relator will seek judicial intervention.

1   With respect to all the other defendants in this action against which the clerk
2   of this Court previously had entered default, Relator will seek default judgments by
3   filing noticed motions the end of June of 2018.

DATED:   May 10, 2018          Respectfully submitted,

BROWN WHITE & OSBORN LLP

By   *s/Evelina Gentry*
         EVELINA GENTRY
    Attorneys for Plaintiff/Relator
         ALEX TIMPLE

4846-4761-0981, v. 1