JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America et al, | Case No. 2:14-cv-03613-DDP-PLA |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Excel Care Home Health Services Inc et al, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than March 31, 2020, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

Dated: April 21, 2020

DEAN D. PREGERSON
United States District Judge